No. 02–1348.  OLYMPIC AIRWAYS v. HUSAIN, INDIVIDUALLY, AND AS PERSONAL REPRESENTATIVE OF THE ESTATE OF HANSON, DECEASED, ET AL., 540 U. S. 644.  Petition for rehearing denied. JUSTICE BREYER took no part in the consideration or decision of this petition.

APRIL 23, 2004

No. 03A879.  BAGLEY, WARDEN v. LOTT.  Application to vacate the stay of execution of sentence of death entered by the United States Court of Appeals for the Sixth Circuit on April 22, 2004, presented to JUSTICE STEVENS, and by him referred to the Court, denied.

APRIL 26, 2004

No. 03–910.  LEAKE, IN HIS OFFICIAL CAPACITY AS CHAIRMAN OF THE NORTH CAROLINA STATE BOARD OF ELECTIONS, ET AL. v. NORTH CAROLINA RIGHT TO LIFE, INC., ET AL.  C. A. 4th Cir. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *McConnell* v. *Federal Election Comm'n,* 540 U. S. 93 (2003).